UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CHRIS PEARL ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Case No.   5:12-cv-00341-KSF |
| ) | |
| MIDLAND FUNDING, LLC ) | |
| ) | |
| Defendant ) | |

## AGREED ORDER OF DISMISSAL

Upon agreement of the parties hereto, and the Court being sufficiently advised that all matters in controversy between the parties have been settled,

IT IS ORDERED AND ADJUDGED that all claims asserted herein, or which could have been asserted herein, are hereby DISMISSED, with prejudice, each party to pay his/its own costs.

**AGREED TO:**

LAWSON AT LAW, PLLC
Attorney for Plaintiff
By:  s/ James H. Lawson (with permission)
      James H. Lawson, Esq.

M. Brant Pettis, Esq.
BALCH & BINGHAM LLP
      -and-
THE MILLER LAW FIRM, PLLC
Attorneys for Defendant
By:   s/ Bobby R. Miller, Jr.
        Bobby R. Miller, Jr., Esq.
        2660 West Park Drive, Suite 2
        Paducah, KY 42001